RECEIVED
NOV 1 2 2008
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| MWAMBA MUTELA<br>A70367710 | CIVIL ACTION NO. 08-1436<br>SECTION P |
| VS. | JUDGE MELANÇON |
| MICHAEL MUKASEY, ET AL | MAGISTRATE JUDGE METHVIN |

## JUDGMENT

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation of the Magistrate Judge previously filed herein these findings and conclusions are accepted. Alternatively, this court concludes that the proposed findings and conclusions are entirely correct. Accordingly, it is

ORDERED that civil action 2:08 cv 1436 be **DISMISSED AS DUPLICATIVE.**

THUS DONE AND SIGNED in Chambers at Lafayette, Louisiana, this 12th day of November, 2008.

TUCKER L. MELANÇON
UNITED STATES DISTRICT JUDGE